E-FILED
Thursday, 10 February, 2005  10:26:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
FEB - 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MORGAN STANLEY DW INC., | : | |
| Plaintiff, | : | |
| v. | : | DOCKET NO. 05-1042 |
| NANCY BANZ, | : | |
| | : | Civil Action |
| Defendant. | : | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for plaintiff, Morgan Stanley DW Inc., furnishes the following information in compliance with Rule 1.6(E) of this Court:

1. The full name of every party or amicus the attorney represents in the case:

    MORGAN STANLEY DW INC.

2. If such party or amicus is a corporation state:

    a. Its parent corporation, if any; and

    b. A list of corporate stockholders which are publicly held companies owning ten percent or more of stock of the party or amicus.

    No one owns ten percent (10%) or more of Morgan Stanley DW Inc.'s outstanding stock.

3. The names of all law firms whose partners or associates are expected to appear for the Defendant in this court:

Westervelt, Johnson, Nicoll & Keller, LLC
James R. Morrison
Michele A. Miller
Suite 1400
411 Hamilton Boulevard
Peoria, Illinois 61602

Archer & Greiner, P.C.
Mark J. Oberstaedt
One Centennial Square
Haddonfield, NJ 08033

Dated: February 9, 2005

_____
James R. Morrison