E-FILED
Thursday, 10 February, 2005  10:28:14 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Central _____ District of _____ Illinois _____

MORGAN STANLEY DW INC.,

        Plaintiff,

V.

NANCY BANZ,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-1042

TO: (Name and address of Defendant)

Nancy Banz
116 So. 7th Street
Wyoming, IL 61491

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Morrison
Westervelt, Johnson, Nicoll & Keller, LLC
411 Hamilton Boulevard
Suite 1400
Peoria, Illinois   61602

Mark J. Oberstaedt
Archer & Greiner
A Professional Corporation
One Centennial Square
Haddonfield, NJ 08033

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters          2/9/05
CLERK          DATE

s/ C. Dagley
(By) DEPUTY CLERK