E-FILED
Friday, 11 February, 2005 08:46:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**FILED**

FEB 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MORGAN STANLEY DW INC., | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | DOCKET NO.  05-1042 |
| | : | |
| NANCY BANZ, | : | |
| | : | Civil Action |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on February 11, 2005 at 1:00 P.M, or as soon thereafter as counsel can be heard, MORGAN STANLEY DW INC., Plaintiff, will appear before the Honorable Joe Billy McDade in Courtroom B or the room usually occupied by him as a courtroom, at the United States Courthouse, 100 N.E. Monroe Street, Peoria, Illinois, on the Plaintiff's Motion for a Temporary Restraining Order, and which time you may be heard.

A copy of the Motion for Temporary Restraining Order and the Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order were previously served on the defendant.

Defendant is entitled to participate in the hearing. If the Defendant has any questions she may contact the Clerk of the U. S. District Court Clerk's office at 671-7117 prior to the hearing.

Dated this 10th day of February 2005.

MORGAN STANLEY DW INC, Plaintiff,

WESTERVELT, JOHNSON, NICOLL & KELLER LLC

BY: *Michele A. Miller*

Michele A. Miller

James R. Morrison, Esquire, Local Counsel
Michele A. Miller, Esquire, Local Counsel
Attorney for Plaintiffs
Westervelt, Johnson, Nicoll and Keller, LLC
411 Hamilton Boulevard, 14th Floor
Peoria, Illinois 61602
(309) 671-3550