E-FILED
Friday, 11 February, 2005  08:56:43 AM
Clerk, U.S. District Court, ILCD

**FILED**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FEB 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC., )
                        )
        Plaintiff,       )
                        )
    v.                   )   Case No. 05-1042
                        )
NANCY BANZ,              )
                        )
        Defendant.       )

## AFFIDAVIT OF SPECIAL PROCESS SERVER

1. Steven V. Sloan, a licensed Private Investigator, LIC #0115-001397, being duly sworn upon oath, deposes and says that he is a citizen of the United State of America, and an adult over the age of eighteen.

2. That he served NANCY BANZ, by personally delivering a copy of the foregoing, *Verified Complaint and Summons, Motion for Temporary Restraining Order and Memorandum in Support thereof* to her, a person based upon his investigation to be a Sex F, Race W, DOB: 11/14/51  5'10  220, on the 9th day of February, 2005, at the hour of 7:15 P.M.

3. That he effectuated this Service at Defendants place of adobe: 116 S. 7th Street, Wyoming, IL 61491.

4. The fee for service and return is $ 37.50 to serve process.

FURTHER THE AFFIANT SAYS NOT.

*[signature]*

SUBSCRIBED AND SWORN TO
before me this 10 day of
February, 2005.

*Marilyn Seckman*
Notary Public

OFFICIAL SEAL
MARILYN SECKMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-1-05