E-FILED
Friday, 11 February, 2005  09:03:32 AM
Clerk, U.S. District Court, ILCD

**FILED**

FEB 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MORGAN STANLEY DW INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-1042 |
| NANCY BANZ, | ) |
| Defendant. | ) |

### AFFIDAVIT OF MICHELE A. MILLER

Michele A. Miller, being first duly sworn on oath, deposes and states that she is one of the attorneys for the Plaintiff in the above-captioned cause, and that she is duly authorized to make this Affidavit.

1. I have personal knowledge of the facts contained in this Affidavit, and could competently testify to these facts in open court.

2. On February 10, 2005, I prepared a Notice of Hearing on the Plaintiff's Motion for Temporary Restraining Order in the above-captioned case.

3. Further, on February 10, 2005, I sent a copy of the Notice of Hearing by facsimile to (815) 672-6220, purportedly the facsimile number of LifeSpan Financial, Inc., 321 East Main Street, Streator, Illinois. A copy of the facsimile confirmation report, cover sheet and Notice of Hearing are attached to this affidavit as Exhibit A.

4. Immediately after sending the Notice of Hearing by facsimile, I called the offices of LifeSpan Financial, Inc. at (815) 672-6200 and spoke with a woman who represented herself to be Nancy Banz.

5. Ms. Banz told me that she received the facsimile transmission from my office.

FURTHER AFFIANT SAYETH NOT.

_____
Michele A. Miller

STATE OF ILLINOIS      )
                       ) ss:
COUNTY OF PEORIA       )

    Michele A. Miller, being first duly sworn upon her oath, deposes and says that the matters and things contained in the above and foregoing affidavit are true to the best of her knowledge and information.

                                          Michele A. Miller

SUBSCRIBED AND SWORN TO before me on February 10, 2005 by Michele A. Miller.

_Marilyn Seckman_
Notary Public

OFFICIAL SEAL
MARILYN SECKMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-1-05

2

## Confirmation Report – Memory Send

```
                                    Page        : 001
                                    Date & Time : Feb-10-05  02:09pm
                                    Line 1      : +3096713588
                                    Line 2      : +3096713588
                                    Machine ID  : WESTERVELT LAW FIRM
```

| | | |
|---|---|---|
| Job number | : | 364 |
| Date | : | Feb-10 02:08pm |
| To | : | ☎18156726220 |
| Number of pages | : | 002 |
| Start time | : | Feb-10 02:08pm |
| End time | : | Feb-10 02:09pm |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 364 | *** SEND SUCCESSFUL *** |

---

**WESTERVELT, JOHNSON, NICOLL & KELLER, LLC**
ATTORNEYS AND COUNSELORS
14TH FLOOR
411 HAMILTON BOULEVARD
PEORIA, ILLINOIS 61602
FOUNDED IN 1865 as McCoy & Stevens

TELEPHONE (309) 671-3550
FAX (309) 671-3558

HOMER W. KELLER
ROBERT D. JACKSON
ROSS E. CANTERBURY
JAMES D. BROADWAY
THOMAS M. HAYES
THOMAS G. HARVEL
ROGER R. HOLZGRAFE
DANIEL L. JOHNS
KEVIN D. SCHNEIDER
JAMES R. MORRISON
THOMAS W. O'NEAL
CHARLES OGURI
THOMAS A. McCONNAUGHAY
MICHELE A. MILLER
DEBORAH MOORE
JUDITH A. SGRITTALA
RONALD W. HAGINGER

A. ANTHONY ASHENHURST
WILLIAM L. BLAKE
OF COUNSEL

FRANK T. MILLER
(1878-1948)
O.F. WESTERVELT
(1887-1972)
EUGENE R. JOHNSON
(1900-1991)
DAVID A. NICOLL
(1915-1985)

**TELECOMMUNICATION TRANSMITTAL**

Date:     February 10, 2005

To:       Nancy Banz

          Telefax No.:  815-672-6220
          WJNK File No.:   7078/42121

From:     Michele A. Miller
          WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
          411 Hamilton Boulevard, 14th Floor
          Peoria, Illinois  61602
          (309) 671-3550

**IMPORTANT:** THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

SUBJECT:   *Notice of Hearing – Morgan Stanley DW Inc. v. Banz*
           United States District Court, Central District of Illinois No. 05-1042

**BRIEF MESSAGE:** I will call you in a few minutes to discuss this matter.

Number of pages transmitted 2 (including cover sheet).

EXHIBIT A

## WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
### ATTORNEYS AND COUNSELORS

| | | |
|---|---|---|
| HOMER W. KELLER<br>ROBERT D. JACKSON<br>ROSS E. CANTERBURY<br>JAMES D. BROADWAY<br>THOMAS M. HAYES<br>THOMAS G. HARVEL<br>ROGER E. HOLZGRAFE<br>DANIEL L. JOHNS<br>KEVIN D. SCHNEIDER<br>JAMES R. MORRISON<br>THOMAS W. O'NEAL<br>CHARLES COURI<br>THOMAS A. McCONNAUGHAY<br>MICHELE A. MILLER<br>DEBORAH MOORE<br>JUDITH A. SERITELLA<br>RONALD W. HASINGER | 14TH FLOOR<br>411 HAMILTON BOULEVARD<br>PEORIA, ILLINOIS 61602<br>FOUNDED IN 1865 AS McCOY & STEVENS<br>—<br>TELEPHONE (309) 671-3550<br>FAX (309) 671-3588<br><br>**TELECOMMUNICATION TRANSMITTAL** | A. ANTHONY ASHENHURST<br>WILLIAM L. BLAKE<br>OF COUNSEL<br>—<br>FRANK T. MILLER<br>(1873-1948)<br>—<br>O.P. WESTERVELT<br>(1887-1970)<br>—<br>EUGENE R. JOHNSON<br>(1899-1981)<br>—<br>DAVID A. NICOLL<br>(1913-1993) |

Date: February 10, 2005

To: Nancy Banz

    Telefax No.: 815-672-6220
    WJNK File No.: 7078/42121

From: Michele A. Miller
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, 14th Floor
Peoria, Illinois 61602
(309) 671-3550

**IMPORTANT:** THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT HE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

SUBJECT: *Notice of Hearing – Morgan Stanley DW Inc. v. Banz*
United States District Court, Central District of Illinois No. 05-1042

BRIEF MESSAGE: I will call you in a few minutes to discuss this matter.

Number of pages transmitted 2 (including cover sheet).

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.,

Plaintiff,

v.                                          DOCKET NO. 05-1042

NANCY BANZ,
                                            Civil Action
Defendant.

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on February 11, 2005 at 1:00 P.M, or as soon thereafter as counsel can be heard, MORGAN STANLEY DW INC., Plaintiff, will appear before the Honorable Joe Billy McDade in Courtroom B or the room usually occupied by him as a courtroom, at the United States Courthouse, 100 N.E. Monroe Street, Peoria, Illinois, on the Plaintiff's Motion for a Temporary Restraining Order, and which time you may be heard.

A copy of the Motion for Temporary Restraining Order and the Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order were previously served on the defendant.

Defendant is entitled to participate in the hearing. If the Defendant has any questions she may contact the Clerk of the U. S. District Court Clerk's office at 671-7117 prior to the hearing.

Dated this 10th day of February 2005.

MORGAN STANLEY DW INC, Plaintiff,

WESTERVELT, JOHNSON, NICOLL & KELLER LLC

BY: *Michele A. Miller*
   Michele A. Miller

James R. Morrison, Esquire, Local Counsel
Michele A. Miller, Esquire, Local Counsel
Attorney for Plaintiffs
Westervelt, Johnson, Nicoll and Keller, LLC
411 Hamilton Boulevard, 14th Floor
Peoria, Illinois 61602
(309) 671-3550