E-FILED
Monday, 14 February, 2005 09:24:14 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**FILED**

FEB 1 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.,

                Plaintiff,

v.                              DOCKET NO. 05-1042

NANCY BANZ,

                Civil Action

                Defendant.

By: James R. Morrison, Esquire
Attorney for Plaintiff
Westervelt, Johnson, Nicoll and Keller, LLC
411 Hamilton Boulevard, 14th Floor
Peoria, Illinois 61602
(309) 671-3550

Mark J. Oberstaedt, Esquire
Christopher P. Dolotosky, Esquire
Attorneys for Plaintiff
Archer & Greiner
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08043-0968
(856)

## CONSENT ORDER FOR TEMPORARY RESTRAINTS

**THIS MATTER HAVING COME BEFORE THE COURT** on plaintiff Morgan Stanley DW Inc.'s ("Morgan Stanley") motion for a temporary restraining order;

**AND ALL PARTIES HAVING CONSENTED** to the form and entry of this Order; and

For good cause shown;

**IT IS ON THIS 11TH DAY OF FEBRUARY 2005 HEREBY ORDERED AS FOLLOWS:**

1. Until further Order of this Court or the Order of a full panel of arbitrators pursuant to Rule 10335 of the Rules of Arbitration of the National Association of Securities Dealers, defendant and all those acting in concert or participation with her, are hereby enjoined from:

    A. Directly or indirectly soliciting or attempting to solicit, or initiating any contact with, any of Morgan Stanley's customers who were serviced by or whose names became known to defendant while in the employ of Morgan Stanley with respect to securities, commodities and financial futures, insurance, tax advantaged investments, mutual funds and any other line of business in which Morgan Stanley or any of its affiliates is engaged;

    B. Using or otherwise disclosing any proprietary or confidential business information belonging to Morgan Stanley, including names, addresses and phone numbers of Morgan Stanley's customers;

    C. Acquiring, seeking to acquire, or misappropriating any proprietary or confidential business information belonging to Morgan Stanley;

    D. Soliciting, encouraging or otherwise inducing current Morgan Stanley employees to accept employment with defendant's new firm.

2. Notwithstanding the restrictions in Paragraph 1 above, Banz may freely conduct business with the persons specifically identified in the "list of exceptions" e-mail from Nancy Banz to David Freniere, Esquire dated February 10, 2005 at 3:47 p.m. Eastern Standard Time. All parties and their counsel acknowledge receipt of said list and its contents, which is not attached hereto in order to protect the confidentiality of the customers' identities. Although Banz may conduct business with such persons, Morgan Stanley reserves the right to seek to recover damages for any harm it has suffered or may suffer as a result thereof.

3. Defendant, and all persons acting in concert or participation with defendant, shall return to Morgan Stanley within two (2) days all proprietary and/or confidential information of Morgan Stanley in their possession, including but not limited to customer lists, account information, computers, computer software, computer diskettes, and any copies thereof, whether maintained in paper or electronic form. The parties and their counsel will coordinate and cooperate in the return such information and documents.

4. The parties shall proceed to arbitration before the National Association of Securities Dealers.

> S/Joe B. McDade
> _____
> HONORABLE JOE BILLY McDADE, U.S.D.J.

Consent as to form and entry:

_____
James R. Morrison, Esquire
Counsel for Plaintiff


_____
James A. McGurk, Esquire
Counsel for Defendant

James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 411
Chicago, IL 60603
(312) 236-8900
Fax (312) 782-0936

1436786v1

3