IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MORGAN STANLEY DW INC., | : | |
| Plaintiff, | : | |
| v. | : | DOCKET NO. 05-1042 |
| NANCY BANZ, | : | Civil Action |
| Defendant. | : | |

By:   James R. Morrison, Esquire
      Michele A. Miller, Esquire
      Attorney for Plaintiff
      Westervelt, Johnson, Nicoll
      & Keller, LLC
      411 Hamilton Blvd, Suite 1400
      Peoria, IL 61602
      (309)671-3550

## NOTICE OF DISMISSAL

NOW COMES Plaintiff, MORGAN STANLEY DW INC., by and through its undersigned attorneys, and moves to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1), and in support thereof, states as follows:

1.     FRCP 41(a)(1) provides that a plaintiff may dismiss an action by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment.

2.     The defendant in this action, NANCY BANZ, has not served an answer or motion for summary judgment.

3.     The parties have agreed to a settlement in this matter.

WHEREFORE, Plaintiff, MORGAN STANLEY DW INC., respectfully requests that this Court dismiss this action with prejudice, and for such other and further relief as the Court deems just and proper.

                                Respectfully submitted,
                                Attorneys for Plaintiff


By:    /s/ Michele A. Miller
James R. Morrison, Esquire, Local Counsel
Michele A. Miller, Esquire
Westervelt, Johnson, Nicoll & Keller, LLC
411 Hamilton Blvd, Suite 1400
Peoria, IL 61602
(309)671-3550

Mark J. Oberstaedt, Esquire, Lead Counsel
Archer & Greiner, P.C.
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08043-0968

Dated: May 20, 2005

# CERTIFICATE OF SERVICE

      The undersigned certifies that on May 20, 2005, a copy of the foregoing Notice of Dismissal was served upon the counsel of record listed by


:      Deposited in the U.S. Mail, in a postage prepaid envelope to the attorney of record at his respective address as set forth below:

James A. McGurk  
Law Office of James A. McGurk PC  
Suite 411  
140 S. Dearborn St.  
Chicago, IL 60603


      /s/ Michele A. Miller  
      Michele A. Miller